IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13 CV 3252 |
| v. ) | Judge Castillo |
| ) | |
| MINNESOTA INDEPENDENT ) | |
| COOPERATIVE, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Glen Ellyn Pharmacy, Inc.'s individual claims against Defendant Minnesota Independent Cooperative, Inc. with prejudice and without costs. Plaintiff Glen Ellyn Pharmacy, Inc.'s putative class claims against Defendant are dismissed without prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **GLEN ELLYN PHARMACY, INC.** | **MINNESOTA INDEPENDENT COOPERATIVE, INC.** |
| /s/Dulijaza Clark | /s/Bart T. Murphy |
| By one of its attorneys | By one of its attorneys |
| Daniel Edelman | Bart T. Murphy # 6181178 |
| Dulijaza (Julie) Clark | Ice Miller, LLP |
| Edelman, Combs, Latturner & Goodwin LLC | 2300 Cabot Dr., Ste. 455 |
| 120 S. LaSalle St., 18th Fl. | Lisle, IL 60532 |
| Chicago, IL 60603 | 630-955-6392 |
| 312-739-4200 | |

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on October 14, 2013, I caused a true and accurate copy of the foregoing document to be served, via the Court's CM/ECF system, on the following parties:

    Bart T. Murphy, 6181178 (bart.murphy@icemiller.com)
    Thomas J. Hayes, 6280179 (thomas.hayes@icemiller.com)
    Isaac J. Colunga, 6289253 (isaac.colunga@icemiller.com)
    Ice Miller LLP
    2300 Cabot Dr., Suite 455
    Lisle, Illinois 60532


                                          /s/ Dulijaza Clark
                                          Dulijaza Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)