## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Glen Ellyn Pharmacy, Inc.

Plaintiff,

v.                                                          Case No.: 1:13−cv−03252
                                                            Honorable Ruben Castillo

Minnesota Independent Cooperative, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2013:

      MINUTE entry before Honorable Ruben Castillo:Plaintiff's individual claims against defendant Minnesota Independent Cooperative, Inc. are dismissed with prejudice and without costs. Plaintiff's putative class claims against Defendant are dismissed without prejudice and without costs pursuant to the Stipulation to Dismiss [31] filed by the parties on 10/14/13. The status hearing set for 10/16/2013 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.